FILED'09 MAR 06 10:42USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LESLIE M. WHITWORTH,                )
                                    )
            Plaintiff,              )
                                    )   Civil Case No. 08-968-PK
    v.                              )
                                    )   O R D E R
NATIONAL ENTERPRISE SYSTEMS,        )
INC., RUSS DOE, and MICHELLE DOE,   )
                                    )
                                    )
            Defendants.             )
_____ )

    E. Clarke Balcom
    Anthony J. Bonucci
    Clarke Balcom, PC
    1312 SW 16th Avenue, 2nd Floor
    Portland , Oregon  97201

        Attorneys for Plaintiff

    Jeffrey I. Hasson
    Davenport & Hasson, LLP
    12707 NE Halsey Street
    Portland , Oregon  97230

        Attorney for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on February 17, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#23).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#7) is denied.

DATED this 5th day of March, 2009.

GARR M. KING
United States District Judge

Page 2 - ORDER