FILED'09 SEP 09 12:26 USDC-ORP

FILED
SEP -8 2009
9eo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LESLIE M. WHITWORTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL ENTERPRISE SYSTEMS, ) <br> INC., RUSS DOE, and MICHELLE DOE, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Case No. 08-968-PK <br><br> O R D E R |

E. Clarke Balcom
Anthony J. Bonucci
Shannon D. Sims
Clarke Balcom PC
1312 SW 16th Avenue, Second Floor
Portland , Oregon  97201

    Attorneys for Plaintiff

Jeffrey I. Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland , Oregon  97230

    Attorney for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on August 12, 2009. Defendants filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak (#42) dated August 12, 2009 in its entirety.

IT IS HEREBY ORDERED that Defendants' Motion for Partial Summary Judgment (#30) is denied.

DATED this 9 day of September, 2009.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER