Jeffrey I. Hasson, OSB#872419
hasson@dhlaw.biz
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
Attorney for Defendant National Enterprise Systems, Inc.

Hon. Paul Papak


FILED
DEC 17 2009

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| LESLIE M. WHITWORTH, | Case No. 3:08-CV-968-PK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| NATIONAL ENTERPRISE SYSTEMS, INC., et al., | |
| Defendants. | |

### STIPULATION

Plaintiff and defendant (the parties), hereby stipulate as follows:

1. National paid to Leslie M. Whitworth the sum of $2,500.00.

2. Whitworth agreed to cause the Action to be dismissed with prejudice subject to determination of attorney fees and costs as set forth below.

3. National shall pay Balcom reasonable costs and reasonable attorney's fees accrued in connection with the above-referenced action through 5:00 PM on December 1, 2009 as determined by the Court upon motion on the following briefing schedule:

    a) Whitworth's opening brief shall be filed with the Court on or before 12/23/09;
    b) National's objections shall be filed with the Court on or before 1/13/10; and
    c) Whitworth's reply brief shall be filed with the Court on or before 2/3/10.

PAGE 1.  STIPULATION AND ORDER OF DISMISSAL

4. The parties have been unable to agree on Whitworth's reasonable costs and reasonable attorney's fees.

5. The parties stipulate to entry of the subjoined Order of Dismissal.

| DAVENPORT & HASSON, LLP | CLARKE BALCOM, PC |
|---|---|
| By: s/ Jeffrey I. Hasson<br>Jeffrey I. Hasson, OSB#872419<br>Counsel for Defendant<br>DATED: December 15, 2009 | By: s/ Shannon Sims<br>Shannon Sims, OSB#072029<br>Counsel for Plaintiff<br>DATED: December 15, 2009 |

### ORDER

NOW, THEREFORE, it is hereby

ORDERED that the plaintiff's claims against defendant should be and hereby is DISMISSED WITH PREJUDICE subject to the following; and it is further

1. ORDERED that Plaintiff shall move for reasonable costs and reasonable attorney fees on or before 12/23/09;

2. National's objections shall be filed with the Court on or before 1/13/10; and

3. Whitworth's reply brief shall be filed with the Court on or before 2/3/10.

4. Before entry of judgment on the award, National shall have 14 days to pay Whitworth based on Order of the Court.

Dated: 12/16/09

_____
United States District Court Judge

Presented by:

DAVENPORT & HASSON, LLP

Jeffrey I. Hasson
Jeffrey I. Hasson, OSB#872419
Attorney for Defendant

PAGE 2.  STIPULATION AND ORDER OF DISMISSAL