

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **LESLIE M. WHITWORTH,** | Civil Case No. 08-968-PK |
| Plaintiff, | |
| | O R D E R |
| v. | |
| **NATIONAL ENTERPRISE SYSTEMS, INC., RUSS DOE,** and **MICHELLE DOE,** | |
| Defendants. | |

E. Clarke Balcom
Anthony J. Bonucci
Shannon D. Sims
Clarke Balcom PC
1312 SW 16th Avenue, Second Floor
Portland, Oregon 97201

    Attorneys for Plaintiff

Page 1 - ORDER

Jeffrey I. Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, Oregon 97230

    Attorney for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on April 21, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#67) dated April 21, 2010 in its entirety.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney Fees (#53) is granted. Defendants are ordered to pay plaintiff's attorney fees in the amount of $30,460.50, and his costs of $415.00.

DATED this 11th day of May, 2010.

                /s/ Garr M. King
                GARR M. KING
                United States District Judge